IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY FAILS,

    Plaintiff,

vs.                                    Case No. 4:08-CV-537-SPM

JAMIE SPIVEY,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes for consideration upon the Magistrate Judge's Report and Recommendation (doc. 12). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed a "Motion for Reconsideration" (doc. 14). This motion will be interpreted as an objection. This Court has made a *de novo* determination of those portions to which an objection has been made.

However, these objections do not respond to the Magistrate Judge's instruction for Plaintiff to fully disclose Plaintiff's prior lawsuits. To date, Plaintiff has not reported honestly about his prior cases. Concluding that, under penalty of perjury, Plaintiff failed to give complete and truthful information about the

existence of prior lawsuits, it is hereby ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 12) is hereby *adopted* and incorporated by reference in this order.

2. This case is *dismissed with prejudice* pursuant to Section 1915(e)(2)(B)(i) for abuse of judicial process.

DONE AND ORDERED this <u>twelfth</u> day of May, 2009.

    *s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge