UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY J. FAILS,

    Plaintiff,

v.                                                                                     4:08cv537–WS/CAS

JAMEY SPIVEY,

    Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 20) docketed January 8, 2019. The magistrate judge recommends that Plaintiff's pending Rule 60(b)(4) motion (ECF No. 19) to reopen this case be denied. The case was dismissed and judgment entered in May of 2009. Plaintiff has filed objections (ECF No. 23) to the report and recommendation.

The court has reviewed the record, including Plaintiff's objections, and—like the magistrate judge—finds that Plaintiff has failed to establish that he is entitled to the Rule 60(b) relief he requests.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 20) ) is ADOPTED and incorporated into this order by reference.

2. Plaintiff's motion (ECF No. 19) to reopen his case is DENIED.

DONE AND ORDERED this __12th__ day of __April__, 2019.

                                            s/ William Stafford
                                            WILLIAM STAFFORD
                                            SENIOR UNITED STATES DISTRICT JUDGE